PROB 12C
(6/16)

Report Date: June 24, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Elena Rose Markham          Case Number: 0980 2:24CR00162-MKD-1

Address of Offender: ███████████████    Spokane, Washington 99208

Name of Sentencing Judicial Officer: David Alan Ezra, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 21, 2023

| | |
|---|---|
| Original Offense: | Threats to Assault and Murder a United States Judge, 18 U.S.C. § 115(a)(1)(B) and 115(b)(4) |
| Original Sentence: | Prison - 19 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office |
| | Date Supervision Commenced: May 20, 2024 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: May 19, 2027 |

## PETITIONING THE COURT

To issue a warrant.

On May 20, 2024, an officer reviewed the judgment with the offender. Ms. Markham signed the judgment acknowledging an understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged Ms. Markham has violated her conditions of supervised release by committing the following offense: Telephone Harassment Threat to Harm, in violation of Washington State R.C.W 9.61.230 CF, on or about June 18, 2025.

According to a police report filed with the Spokane County Sheriff's Office, case number 2025-10083976, a friend of Ms. Markham's called the Spokane County Sheriff's Office on behalf of her son, who is mentally impaired, to report an incident of a threat to harm.

Ms. Markham's friend stated, on June 18, 2025, she received numerous voice mails, phone calls, and text messages from Ms. Markham, stating she was going to torture and kill her son. In one of the voice mails, Ms. Markham claimed to be in possession of a firearm she had obtained from her father, and said she would "use it." Ms. Markham also said that she was

Prob12C
Re: Markham, Elena Rose
June 24, 2025
Page 2

going to harm her son because Ms. Markham thought her son stole lotion from her the previous day.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 24, 2025

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

June 24, 2025

Date